CHARLES H. ECKERSON, PLAINTIFF IN ERROR, v. CITY OF ENGLEWOOD, DEFENDANT IN ERROR.

Submitted March 25, 1912—Decided November 18, 1912.

On error to the Supreme Court, whose opinion is reported in 53 *Vroom* 298.

For the plaintiff in error, *Harold G. Aron.*

For the defendant in error, *William M. Seufert.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons stated in the opinion delivered in the Supreme Court by Mr. Justice Bergen.

*For reversal*—None.